# Order

Michigan Supreme Court
Lansing, Michigan

June 11, 2010

140296

GREGORY J. BOWENS, PAULA M.
BRIDGES, and GARY A. BROWN,
          Plaintiffs-Appellees,
and

ROBERT B. DUNLAP and PHILLIP A.
TALBERT,
          Plaintiffs,
v

ARY, INC., d/b/a AFTERMATH
ENTERTAINMENT, PHILLIP J.
ATWELL, CHRONIC 2001 TOURING,
INC., GERONIMO FILM PRODUCTIONS,
INC., and ANDRE YOUNG,
          Defendants-Appellants,
and

AMAZON.COM, INC., AOL TIME WARNER,
INC., BARNES & NOBLE, INC., BARNES &
NOBLE.COM, INC., BEST BUY COMPANY,
INC., BLOCKBUSTER, INC., BORDERS GROUP,
INC., CDNOW, INC., JOHN DOE #1,
JOHN DOE #2, EAGLE ROCK
ENTERTAINMENT, EAGLE VISION, INC.,
HARMONY HOUSE RECORDS & TAPES,
HASTINGS ENTERTAINMENT, INC.,
HMV MEDIA GROUP, HONIGMAN MILLER
SCHWARTZ & COHN, L.L.P., HOUSE OF
BLUES CONCERTS/HEWITT/SILVA, L.L.C.,
INGRAM ENTERTAINMENT HOLDINGS,
INTERSCOPE RECORDS, INC., ERVIN
JOHNSON, MAGIC JOHNSON PRODUCTIONS,
L.L.C., METROPOLITAN ENTERTAINMENT
GROUP, INC., MGA, INC., MOVIE
GALLERY.COM, INC., MTS, INC/TOWER
RECORDS, THE MUSICLAND GROUP, INC.,
PANAVISION, INC., RADIO EVENTS GROUP,
INC., RED DISTRIBUTION, INC., PHIL
ROBINSON, WILLIAM SILVA, TRANS WORLD

SC: 140296
COA: 282711
Wayne CC: 02-233251-CZ

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ENTERTAINMENT CORPORATION, KIRDIS
TUCKER, WHEREHOUSE ENTERTAINMENT,
INC., and WH SMITH, P.L.C.,
     Defendants.
_____/

   On order of the Court, the application for leave to appeal the September 24, 2009 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether, as a matter of law, the videotaped conversation in question was a "private conversation" or "private discourse" for purposes of the eavesdropping statutes, MCL 750.539a, *et seq.*; and (2) whether, and under what circumstances, a public-official- or police-plaintiff possesses a reasonable expectation of privacy under MCL 750.539c in conversations with private citizens in pursuit of official business in enforcing state or local laws and ordinances.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2010

_____
         Clerk

p0608